[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-13765
Non-Argument Calendar

_____

D.C. Docket No. 1:11-cr-00270-JRH-BKE-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABDUL JABBAR MACK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(August 15, 2014)

Before WILSON, MARTIN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Brendan N. Fleming, appointed counsel for Abdul Jabbar Mack, has moved

to withdraw on appeal pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct.

1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Fleming's motion to withdraw is **GRANTED** and Mack's sentence and convictions are **AFFIRMED**.